JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CARRILLO AND HERMINIA CARRILLO, | Case No. EDCV 08-1694-VAP (FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RECONTRUST COMPANY, DOE 1 and DOES 2-50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  January 21, 2009

VIRGINIA A. PHILLIPS
United States District Judge